

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00178-CV

## IN THE MATTER OF THE MARRIAGE OF
## LAINA C. LIVINGSTON AND NATHAN C. LIVINGSTON

### From the County Court at Law No. 2
### Johnson County, Texas
### Trial Court No. CC-D20220045

## MEMORANDUM OPINION

Nathan Livingston appeals from the trial court's Protective Order signed on April 22, 2022. By letter dated July 8, 2022, the Clerk of this Court notified Livingston that the appeal is subject to dismissal because the original filing fee and the motion fee had not been paid. The July 8, 2022 letter warned Livingston that the Court would dismiss the appeal unless, within ten days from the date of the letter, he paid the filing fees of obtained indigent status for the purpose of appeal. Ten days have passed, and Livingston has not paid the filing fees or obtained indigent status. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3 (c).

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed July 27, 2022
[CV06]

